**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DEVAUGHN A. MARKS,

        Petitioner,

v.                              Case No. 16-11927

THOMAS WINN,

        Respondent.
_____/

**JUDGMENT**

In accordance with the May 8, 2017 Opinion and Order issued in this case,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Thomas Winn and against Petitioner DeVaughn Marks.

Dated at Port Huron, Michigan, this 8th day of May, 2017.

                                            S/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: May 8, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 8, 2017, by electronic and/or ordinary mail.

                                            S/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (810) 292-6521